

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CHARLISE ANDERSON,**  PLAINTIFF

VS   CIVIL ACTION NO. 3:17cv217 TSL-RHW

**COURTYARD JACKSON RIDGELAND AND MARRIOTT
INTERNATIONAL, INC.,**  DEFENDANTS

JURY TRIAL REQUESTED

## COMPLAINT

COMES NOW the Plaintiff, Charlise Anderson, by and through undersigned counsel and files this Complaint against Defendants, Courtyard Jackson Ridgeland and Marriott International, Inc, and in support thereof sets forth the following:

### INTRODUCTION

1. This civil action for damages arises out of personal injuries sustained by Charlise Anderson as a result of the gross, willful, and wanton negligence of the Defendants, all as will be more fully set forth herein.

2. This action is brought under and pursuant to provisions of statutory and general common law for personal injuries sustained by Charlise Anderson as a result of injuries she sustained when she slipped and fell due to the dangerous conditions and poor quality, workmanship and maintenance of Defendants' premises.

### JURISDICTION & VENUE

3. This Court has jurisdiction over the federal claims alleged herein pursuant to 28 U.S.C. § 1332. This Court has supplemental jurisdiction over the remaining claims pursuant to

28 U.S.C. § 1367, because the claims are so related to the federal claims that they form part of the same case or controversy. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b), in that Plaintiff's loss occurred within this division and district.

## PARTIES

4.     Plaintiff, Charlise Anderson, is an adult resident citizen of Tennessee, residing at 2540 Ashport Road, Jackson, Tennessee, 38305.

5.     Defendants, Courtyard Jackson Ridgeland and Marriott International, Inc, are foreign corporations conducting business in the State of Mississippi. Defendant, Courtyard Jackson Ridgeland, may be served at its principal place of business, 6280 Ridgewood Court Drive, Jackson, Mississippi, 39211. Defendant Marriott International, Inc., may be served through its registered agent for service of process, Corporate Creations Network, Inc., located at 232 Market Street, #1600, Flowood, Mississippi, 39232.

## FACTS

6.     On December 3, 2016, Ms. Anderson was a guest, paying patron, and business invitee of the Courtyard Jackson Ridgeland, located in Jackson, Mississippi at 6280 Ridgewood Court Drive. While exiting the shower in her en suite bathroom, Ms. Anderson was caused to slip and fall due to an unnecessarily slippery bathtub surface caused by Defendants' negligence in failing to provide reasonable safety measures. The aforementioned lack of reasonable safety measures include, but are not limited to, adequate non-slip protections such as appliqués or a non-skid surface coating, bathtub mat, floor mat and an appropriately-placed handrail. To break her fall, Ms. Anderson reached out for the only thing available for support, a towel bar, which gave way due to poor quality, workmanship and maintenance. Defendants' negligence in causing and/or allowing the bathroom to be in an unreasonably dangerous condition caused

Plaintiff's injuries. Furthermore, Defendants and their staff had actual and/or constructive knowledge of these dangerous conditions. As a direct and proximate result of the Defendants' negligence, Ms. Anderson sustained serious, permanent, and painful injuries, including, but not limited to, a fractured wrist requiring an open reduction internal fixation surgery as well as additional economic and bodily injuries, and further, long-term physical and emotional harm as will be demonstrated at trial of this matter.

## COUNT I

7. Plaintiff hereby incorporates by reference the above paragraphs and makes them a part hereto.

8. The cause of the subject incident was the negligence of said Defendants which approximately caused Plaintiff's injuries. The Defendants by and through their staff or members, at all times, were guilty of negligence and/or omissions which were the direct and/or proximate cause of this incident and the resulting injuries and damages to the Plaintiff. The Defendants by and through their staff or members, were guilty of negligence in one or more of the following respects:

   a. Negligence *per se* in violating ordinances regarding the maintenance of reasonably safe hotel premises including floors, bathtubs and bathroom fixtures;

   b. Failing to maintain the bathroom tub and floor and fixtures in a reasonably safe condition;

   c. Creating this dangerous condition or allowing same to be created and/or allowed;

    d.    Failing to use reasonable care to provide guests with a reasonably safe means of ingress and egress into the area;

    e.    Failing to warn guests or invitees of the hazardous condition of the bathroom floor, tub, and fixtures;

    f.    Failing to perform safety inspections or inventories of the bathroom floor, tub, and fixtures;

    g.    Failing to perform adequate safety inspection and maintenance procedures;

    h.    Failing to institute safe maintenance and safety procedures;

    i.    Failing to maintain the bathroom floor and/or bathtub with anti-skid substance or materials;

    j.    Failing to maintain the area where incident occurred in a safe and clean condition;

    k.    Failing to perform the reasonable acts necessary to prevent the accident; and

    l.    Other acts of negligence which will be shown at trial.

## DAMAGES

9.    The Plaintiff hereby incorporates by reference the above Paragraphs and makes them a part hereto.

10.    As a direct and proximate result of Defendants' conduct, Plaintiff, Charlise Anderson, sustained past, present, and future injuries, illnesses and/or conditions along with pain, suffering, and emotional distress directly and proximately caused by Defendants' conduct as alleged in this Complaint, in an amount in excess of $500,000.00.

11. Additionally, as a direct and proximate result of Defendants' conduct as alleged in this Complaint, Plaintiff, Charlise Anderson, has endured and will endure the future severe pain and suffering, the undergoing of painful medical treatment and medical expenses, a diminished quality and enjoyment of life which includes mental anguish, fear and severe emotional distress associated with the permanent injuries which were directly and proximately caused by the Defendants' conduct.

12. Plaintiff's damages include, but are not limited to:

   a. Medical expenses;

   b. Disfigurement;

   c. Pain and Suffering;

   d. Mental and emotional distress, loss of enjoyment of life; and

   e. Any and all other damages for which Plaintiff is entitled to be compensated.

WHEREFORE, Plaintiff prays that upon a trial of this cause, judgment will be entered against the Defendants for all actual and compensatory damages in amounts that are just and equitable, as provided by the evidence, such amounts being in excess of the jurisdictional limits of this Court, for Plaintiff's costs, including reasonable attorney's fees, prejudgment and post-judgment interest, and all such other relief in favor of Plaintiff as this Court shall deem just and equitable.

Respectfully submitted, this the 30th day of March, 2017.

CHARLISE ANDERSON, PLAINTIFF

BY: _____
BRADLEY S. CLANTON

Bradley S. Clanton (MSB# 10505)
CLANTON LAW FIRM, PLLC
P.O. Box 4781
Jackson, MS  39296
Direct (601) 487-1212
Facsimile:  (866) 421-9918
Email:  brad@clantonlegalgroup.com