```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF MISSISSIPPI
                 NORTHERN DIVISION
```

CHARLISE ANDERSON                                              PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:17cv217 TSL-RHW

COURTYARD JACKSON RIDGELAND,
ET AL.                                                        DEFENDANTS

### ORDER OF DISMISSAL

This cause comes before the court <u>sua sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. The court retains jurisdiction in the event that settlement of the case is not concluded according to the terms of the settlement agreement.

SO ORDERED, this the   16th   day of August, 2018.

                                    /s/Tom S. Lee
                                    UNITED STATES DISTRICT JUDGE